# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID LEE BOWDER and BRENDA KAY BOWDER,<br><br>  Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE SERVICES,<br><br>  Defendant. | Case No. 21-CV-00413-SPM |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Stephen P. McGlynn, for consideration of a Joint Stipulation of Dismissal with Prejudice (Doc. 15).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Joint Stipulation and Rule 41 of the Federal Rules of Civil Procedure, the above-captioned action, and all claims in the action, shall be **DISMISSED with prejudice,** with each party to bear its own costs and attorney's fees.

Accordingly, the Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

**DATED: August 9, 2021**

                                            MARGARET M. ROBERTIE,
                                            **Clerk of Court**

                                            **By: s/** *Jackie Muckensturm*
                                            **Deputy Clerk**

**APPROVED: s/** *Stephen P. McGlynn*
                     **STEPHEN P. MCGLYNN**